**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re: Gene Michael Monteagudo

**Debtor(s)**

Case No.: 12–30554

Chapter: 7

ENTERED
04/27/2012

### *ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. William G West is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 4/27/12

MARVIN ISGUR
United States Bankruptcy Judge